**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YUL GEVARGIS,<br><br>Plaintiff,<br><br>vs.<br><br>AMGUARD INSURANCE COMPANY, a Pennsylvania Corporation, and DOES 1 through 50 inclusive<br><br>Defendants. | Case No. CV 25-10870-DMG (Ex)<br><br>**ORDER RE STIPULATION TO DISMISS ACTION WITH PREJUDICE [31]** |

Having considered the Stipulation for Dismissal of Action with Prejudice [Doc. # 31] jointly submitted by Plaintiff Yul Gevargis and Defendant AmGUARD Insurance Company, and good cause appearing, the Court **APPROVES** the Stipulation.

**IT IS HEREBY ORDERED** as follows:

1. The above-captioned action is dismissed with prejudice in its entirety; and
2. Each Party is to bear its own attorneys' fees and costs.

DATED: October 13, 2026

DOLLY M. GEE
Chief United States District Judge